# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: BEVERLY B. WILLS  
833 ARITAS ROAD SW  
ALBUQUERQUE, NM 87105

SSN-xxx-xx-6125

Case Number: 03-76341

Case filed on: 12/9/2003  
Plan Confirmed on: 3/26/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $8,306.80        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | BEVERLY B. WILLS | 0.00 | 0.00 | 404.63 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 404.63 | 0.00 |
| 001 | GREEN TREE FINANCIAL CORPORATION | 193.44 | 0.00 | 0.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 6,000.00 | 6,000.00 | 6,000.00 | 0.00 |
|  | Total Secured | 6,193.44 | 6,000.00 | 6,000.00 | 0.00 |
| 002 | KISHWAUKEE AUTO CORRAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES INC | 286.57 | 0.00 | 0.00 | 0.00 |
| 004 | ATTORNEY TERRY HOSS & | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BMG MUSIC SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 1,225.15 | 0.00 | 0.00 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | ATTORNEY TERRY HOSS & | 485.13 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD MERCANTILE AGENCY INC | 638.49 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 907.30 | 0.00 | 0.00 | 0.00 |
| 011 | MUTUAL MANAGEMENT SERVICES | 346.04 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 438.35 | 0.00 | 0.00 | 0.00 |
| 013 | NORTHLAND GROUP INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PLAZA ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | READERS DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD MERCANTILE AGENCY INC | 267.64 | 0.00 | 0.00 | 0.00 |
| 018 | SBC CORPORATION | 1,216.72 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,892.26 | 0.00 | 0.00 | 0.00 |
| 020 | ECAST SETTLEMENT CORPORATION | 427.72 | 0.00 | 0.00 | 0.00 |
| 021 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,131.37 | 0.00 | 0.00 | 0.00 |
|  | Grand Total: | 15,688.81 | 7,364.00 | 7,768.63 | 0.00 |

Total Paid Claimant: $7,768.63  
Trustee Allowance: $538.17  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 03/26/2008        By _/s/Heather M. Fagan_